UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAEKOON CHOI, MIN SEOK PARK, and ROBERT LIM, on behalf of themselves and all others similarly situated,

                Plaintiffs,

    -against-

32 BUNGA INC. d/b/a JONGRO BBQ, 32 BUNGA 2 INC. d/b/a JONGRO GOPCHANG, and KYUNG RIM CHOI,

                Defendants.
------------------------------------------------------------------X

24 Civ. 01067 (KPF)

**[PROPOSED] JUDGMENT**

**The Court Orders that:**

Plaintiffs Jaekoon Choi, Min Seok Park, and Robert Lim recover from Defendants 32 Bunga Inc. d/b/a Jongro BBQ, 32 Bunga 2 Inc. d/b/a Jongro Gopchang, and Kyung Rim Choi, jointly and severally, the total amount of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 19).

Dated:   New York, New York

        _____, 2024

                                        **SO ORDERED:**

                                        _____
                                        Hon. Katherine Polk Failla
                                        United States District Judge