UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JAEKOON CHOI, MIN SEOK PARK, and ROBERT LIM, on behalf of themselves and all others similarly situated,

                Plaintiffs,

        -against-

32 BUNGA INC. d/b/a JONGRO BBQ, 32 BUNGA 2 INC. d/b/a JONGRO GOPCHANG, and KYUNG RIM CHOI,

                Defendants.

------------------------------------------------------------------X

24 Civ. 01067 (KPF)

**JUDGMENT**

**The Court Orders that:**

Plaintiffs Jaekoon Choi, Min Seok Park, and Robert Lim recover from Defendants 32 Bunga Inc. d/b/a Jongro BBQ, 32 Bunga 2 Inc. d/b/a Jongro Gopchang, and Kyung Rim Choi, jointly and severally, the total amount of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 19).

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.

 Dated:    August 1, 2024            SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE