UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAEKOON CHOI, MIN SEOK PARK, and
ROBERT LIM, on behalf of themselves and all
others similarly situated,

                       Plainтiffs,

      -against-

32 BUNGA INC. d/b/a JONGRO BBQ, 32
BUNGA 2 INC. d/b/a JONGRO GOPCHANG,
and KYUNG RIM CHOI,

                       Defendants.
-----------------------------------------------------------------X

24 Civ. 01067 (KPF)

**SATISFACTION OF JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 25, 2024

**WHEREAS**, a judgment was entered in the above action on August 1, 2024 (ECF No. 21), in favor of Plaintiffs Jaekoon Choi, Min Seok Park, and Robert Lim and against Defendants 32 Bunga Inc. d/b/a Jongro BBQ, 32 Bunga 2 Inc. d/b/a Jongro Gopchang, and Kyung Rim Choi, in the total amount of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 19); and

**WHEREAS**, Defendants have paid the judgment in full, and it is certified that there are no executions outstanding with any Sheriff or Marshall or outstanding unpaid interests on the judgment;

**NOW THEREFORE**, the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the judgment on the docket.

Dated: New York, New York
       September 25, 2024

                                      PECHMAN LAW GROUP PLLC

                                      By: _____
                                      Louis Pechman, Esq.
                                      Gianfranco J. Cuadra, Esq.

488 Madison Avenue, 17th Floor<br>
New York, New York 10022<br>
Tel.: (212) 583-9500<br>
pechman@pechmanlaw.com<br>
cuadra@pechmanlaw.com<br>
*Attorneys for Plaintiffs*

| | |
|---|---|
| STATE OF NEW YORK ) | |
| ) ss.: | |
| COUNTY OF NEW YORK ) | |

  On this 25th day of September 2024 before me personally came Gianfranco J. Cuadra, to me known and known to be a member of the firm of Pechman Law Group PLLC, attorneys for Plaintiffs Jaekoon Choi, Min Seok Park, and Robert Lim in the above-captioned action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

GALEN C. BAYNES
Notary Public, State of New York
No. 02BA6402229
Qualified in New York County
Commission Expires ~~January 6, 20~~
June 20, 202~~5~~